# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv106

| | |
|---|---|
| **FRANCES KAY SURRETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CONSOLIDATED METCO, INC.,** ) | |
| **LUCY JONES, individually, and STEVE** ) | |
| **THOMPSON, individually,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion to Compel [# 18]. The Court **DIRECTS** the parties to appear for a hearing on the Motion to Compel on January 5, 2012, at 9:30 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. The Court **DIRECTS** counsel for both parties to confer either face-to-face or by telephone prior to the hearing in an attempt to resolve the outstanding discovery disputes. The parties shall jointly submit a status report to the Court by January 2, 2012, informing the Court if they were able to resolve any of the outstanding disputes.

1

Signed: December 20, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge