IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv106

| | |
|---|---|
| **FRANCES KAY SURRETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| **CONSOLIDATED METCO, INC.,** ) | |
| **LUCY JONES, individually , and** ) | |
| **STEVE THOMPSON, individually,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Previously the Court entered an Order granting Plaintiff's Motion to Compel and directing Defendant to provide a complete answer to Plaintiff's interrogatory No. 2 by specifying: (1) each and every reason why Defendants terminated Plaintiff's employment; (2) the identify of each person who was involved in the decision to terminate Plaintiff, or who has knowledge or information concerning the reason for the termination; (3) for each identified person, describe the person's participation in, or knowledge about, the termination decision; and (4) to the extent it has not already done so, specifically identify any document related to the termination decision.  (Order, Jan. 11, 2012). The Court's Order, however, did not specify a deadline for Defendant to comply with the Court' Order.  The Court now

**DIRECTS** Defendant to comply with the Court's prior Order and provide the required information to Plaintiff by the close of business January 20, 2012.

Signed: January 18, 2012

*[signature]*

Dennis L. Howell
United States Magistrate Judge