# United States District Court
# For The Western District of North Carolina
# Asheville Division

Frances Kay Surrett ,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                       1:11-cv-00106

Consolidated Metco, Inc. et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/2/12 Memorandum of Decision and Order.

Signed: July 2, 2012

Frank G. Johns, Clerk
United States District Court