# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv106

| | |
|---|---|
| FRANCES KAY SURRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CONSOLIDATED METCO, INC., ) | |
| LUCY JONES, individually, and ) | |
| STEVEN THOMPSON, individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion [Doc. 79] for entry of an Order directing that certain documents be sealed following the closing of the case.

The parties advise that this case has been completely settled, and they move for the entry of an Order pursuant to Local Civil Rule 6.1(H)(1) directing that certain documents containing sensitive medical and personnel information remain sealed following the closing of this case.

For the reasons stated in the parties' motion, and for cause shown, the Court will grant the parties the requested relief.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 79] is **GRANTED**, and any documents which were filed under seal in this matter shall remain permanently under seal following the dismissal of this case.

**IT IS FURTHER ORDERED** that the parties shall file their stipulation of dismissal on or before **September 4, 2012**.

**IT IS SO ORDERED**.

Signed: August 28, 2012

Martin Reidinger
United States District Judge